1
2
3
4
5
6
7

WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

8
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

10
11
12
13
14
15
16

NATALIE C. ROSENBAUM AND RICHARD A. ROSENBAUM,

               Plaintiff,

     vs.

SELECT PORTFOLIO SERVICING, INC.,

             Defendant.

Case No.:  2:21-cv-00162- KJD-VCF

**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**

17
18
19

    Plaintiffs, Natalie C. Rosenbaum and Richard A. Rosenbaum ("Plaintiffs"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

20
21
22
23
24

    On January 30, 2021, Plaintiffs filed their Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on February 2, 2021.  The deadline for SPS to respond to Plaintiffs' Complaint is February 23, 2021. The Parties have discussed extending the deadline for SPS to respond to Plaintiffs' Complaint by an additional thirty days to allow for better investigation of the allegations against SPS and discuss possible resolution of the matter.

25
26

    WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its responsive pleading to Plaintiffs' Complaint to March 25, 2021.

27
28

    This is the first stipulation for extension of time for SPS to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other

1    party.

2          As part of this stipulation, SPS agrees to participate in any Rule 26(f) conference that

3    occurs during the pendency of this extension.

4          DATED this 8th day of February, 2021.

5

6    WRIGHT, FINLAY & ZAK, LLP          FREEDOM LAW FIRM

7    */s/ Ramir M. Hernandez*                 */s/ George Haines*

8    Christina V. Miller, Esq.                      George Haines, Esq.
     Nevada Bar No. 12448                       Nevada Bar No. 9411

9    Ramir M. Hernandez, Esq.                  8985 S. Eastern Avenue, #350
     Nevada Bar No. 13146                       Las Vegas, NV 89123

10   7785 W. Sahara Ave., Suite 200          *Attorneys for Plaintiffs, Natalie C.*
     Las Vegas, NV 89117                         *Rosenbaum and Richard A. Rosenbaum*

11   *Attorneys for Defendant, Select Portfolio*
     *Servicing, Inc.*

12

13

14

15                                                     IT IS SO ORDERED:

16

17                                                     _____
                                                       UNITED STATES MAGISTRATE JUDGE

18                                                                    2-8-2021
19                                                     DATED:  _____

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** on the 5th day of February, 2021, to all parties on the CM/ECF service list.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP