WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE C. ROSENBAUM AND RICHARD A. ROSENBAUM,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>Defendant. | Case No.:  2:21-cv-00162- KJD-VCF<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)** |

Plaintiffs, Natalie C. Rosenbaum and Richard A. Rosenbaum ("Plaintiffs"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 30, 2021, Plaintiffs filed their Complaint [ECF No. 1]. SPS was served with Plaintiff's Complaint on February 2, 2021.  The deadline for SPS to respond to Plaintiffs' Complaint was February 23, 2021.   By stipulation of the parties, this Court extended that deadline to March 25, 2021 [ECF No. 7].

The Parties have discussed extending the deadline for SPS to respond to Plaintiffs' Complaint by an additional thirty days to allow for the parties to continue discussing possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its responsive pleading to Plaintiffs' Complaint to April 23, 2021.

1. This is the second stipulation for extension of time for SPS to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

    As part of this stipulation, SPS agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

    DATED this 24th day of March, 2021.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ George Haines* |
| Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* | George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 S. Eastern Avenue, #350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiffs, Natalie C. Rosenbaum and Richard A. Rosenbaum* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    3-24-2021

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)** on the 24th day of March, 2021, to all parties on the CM/ECF service list.

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP