WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE C. ROSENBAUM AND RICHARD A. ROSENBAUM,<br><br>        Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>        Defendant. | Case No.: 2:21-cv-00162- KJD-VCF<br><br>**UNOPPOSED MOTION TO STAY CASE PENDING MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Defendant, Select Portfolio Servicing, Inc. ("SPS"), by and through its counsel of record, hereby moves this Court to stay this case pending a referral to the magistrate judge for a settlement conference.

On Thursday, April 22, 2021, Plaintiffs' counsel asked the undersigned counsel if SPS would agree to participate in a magistrate judge settlement conference. Plaintiffs' counsel also agreed to say all deadlines, including the deadline for SPS to file a responsive pleading. Per the stipulation of the parties, April 30, 2021, is the deadline for SPS to respond to the complaint [ECF No. 11].

SPS's counsel emailed Plaintiffs' counsel on April 29, 2021 to confirm SPS willingness to participate in a settlement conference and asked Plaintiffs' counsel if he would prepare a stipulation and order to that effect. As of 4:30 p.m. on April 29, 2021, SPS's counsel has not heard back from Plaintiff's counsel on the proposed stipulation.

Out of an abundance of caution, SPS files this Motion to preserve its rights and to comply with all deadlines in the case. A copy of all relevant correspondence is included with this motion.

DATED this 30th day of April, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

Dated this __3rd__ day of of May, 2021

_____
Kent J. Dawson, U.S. District Judge