# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATALIE C. ROSENBAUM AND RICHARD A. ROSENBAUM, | |
| Plaintiff(s), | 2:21-cv-00162-KJD-VCF |
| v. | **ORDER** |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant(s). | |

Before me is the joint status report regarding settlement (ECF No. 20).

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the parties must file the proposed stipulation and order for dismissal on or before November 1, 2021.

DATED this 24th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE